# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROCHA VALDIVIA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UTILIMASTER CORPORATION, an Indiana corporation; THE SHYFT GROUP USA, INC., a South Dakota corporation; THE SHYFT GROUP, INC., a Michigan corporation; THE SHYFT GROUP GTB, LLC, a Michigan limited liability company; SPARTAN MOTORS GTB, LLC, a Michigan limited liability company; DANA PEARCE, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 2:21-cv-09583-JAK-AFM<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE AND EXTEND ALL DEADLINES (DKT. 17)** |

Based on a review of the Joint Stipulation to Stay Case and Extend All Deadlines (the "Stipulation" (Dkt. 17)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED IN PART**. Therefore, it is hereby ordered:

1. This action is stayed until April 1, 2022 to permit the parties to proceed with a mediation with a private neutral; provided, however, the stay does not preclude any exchange of information and documents to which the parties agree in preparation for mediation. The scope of such production(s) shall be negotiated by the parties in good faith.

2. Within seven (7) days of the completion of the meditation, the parties shall file a joint report as to the procedural status of the settlement efforts. The joint report shall not disclose the substantive contents of those discussions. If the parties report that they have reached a settlement, the joint report shall also state a proposed date by which they will request the dismissal of the action. If the joint report states that negotiations are ongoing, it shall also provide an estimated timeline for their completion.

3. All currently pending and/or scheduled deadlines, dates and events are modified as follows:

   a. Plaintiff's deadline to file a Motion to Remand is continued from January 9, 2022 to and including April 25, 2022. Pursuant to the Stipulation, Plaintiff has reserved the right to file a Motion to Remand and oppose

Defendants' Motion to Dismiss should the parties' mediation efforts be unsuccessful.

    b.    Pursuant to the parties' December 23, 2021 stipulation (Dkt. 16), Plaintiff's deadline to file an Opposition to Defendants' Motion to Dismiss (Dkt. 12) remains May 31, 2022, and Defendants' deadline to file a Reply in support of their Motion to Dismiss remains June 6, 2022.

    c.    The parties' deadline to file a Joint Rule 16(b)/26(f) Report as directed in the December 14, 2021 Order Setting Rule 16(b)/26(f) Scheduling Conference (Dkt. 11) is continued from January 28, 2022 to May 2, 2022.

    d.    Plaintiff's deadline to file a Notice of Interested Parties is continued to January 24, 2022.

**IT IS SO ORDERED.**

Dated: January 4, 2022

John A. Kronstadt
United States District Judge